UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JOHN CLAYTON JEFFERS,

    Petitioner,

v.

WARDEN, SOUTHERN OHIO
CORRECTIONAL FACILITY,

    Respondent.

CASE NO. 2:13-CV-229

JUDGE MICHAEL H. WATSON

## ORDER

On January 15, 2014, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant petition for a writ of habeas corpus be dismissed. Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation,* and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation* is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED**.

    **IT IS SO ORDERED.**

*/s/ Michael H. Watson*
MICHAEL H. WATSON
United States District Judge